# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STRINGFELLOW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BITER, et al.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-01815 DLB PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR ADDITIONAL TIME<br><br>(Document 7) |

Plaintiff Robert Stringfellow ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 5, 2016, Plaintiff filed a motion to extend time to file any necessary documents due to a transfer. At this time, the only deadline relates to the Court's December 7, 2015, order to consent or decline to Magistrate Judge jurisdiction. The consent/decline form was sent to Plaintiff as part of the order. Plaintiff's motion is GRANTED and he shall file a response to the Court's order within sixth (60) days of the date of service of this order.

IT IS SO ORDERED.

　　Dated:   **January 11, 2016**　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE