# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STRINGFELLOW,<br><br>           Plaintiff,<br><br>      v.<br><br>BITER, et al.,<br><br>           Defendants.<br>_____/ | Case No. 1:15-cv-01815 DLB<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER AND FAILURE TO PROSECUTE<br><br>THIRTY-DAY RESPONSE DEADLINE |

Plaintiff Robert Stringfellow ("Plaintiff"), a state inmate in the custody of the California Department of Corrections and Rehabilitation, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 4, 2015.[1]

On February 29, 2016, the Court screened his complaint and ordered him to either file an amended complaint, or notify the Court of his willingness to proceed only on the cognizable claims. Plaintiff was ordered to do so within thirty (30) days of the date of service of the order.

Over thirty (30) days have passed and Plaintiff has failed to follow the Court's order or otherwise communicate with the Court.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow a Court order and failure to prosecute. Plaintiff must file a response to this order within thirty (30) days of the date of service. Plaintiff may also

///

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on February 18, 2016.

1 comply with this order by filing an amended complaint, or notifying the Court of his willingness
2 to proceed only on the cognizable claims, as required by the February 29, 2016, order.

     3     <u>Failure to comply with this order will result in dismissal of this action.</u>

4
5 IT IS SO ORDERED.

6    Dated:   **April 15, 2016**             /s/ *Dennis L. Beck*
7                                       UNITED STATES MAGISTRATE JUDGE